IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JAMES EDWARD COX                                                                                   PLAINTIFF

v.                                      Case No. 6:23-cv-6112

CORRECTIONAL OFFICER GLADYS ESCOBAR,
Omega Unit; ABIGAIL (MALOCH) MORROW,
Administration Review Officer, Omega Unit; DEPUTY
BRADLEY BAKER, Lt. Correctional Officer, Omega
Unit; SERGEANT KIMBERLY PREVATT, Correctional
Officer, Omega Unit; MAJOR FREDDIE OTTS, Omega
Unit; and DOE, Internal Affairs Investigator, Omega Unit               DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed November 13, 2024, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 49.  Judge Bryant recommends that Defendants' Motion for Partial Summary Judgment (ECF No. 26) be granted and all claims against Defendants Escobar, Baker, Otts, and Morrow be dismissed.  Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Therefore, the Court adopts the Report and Recommendation (ECF No. 49) *in toto*.  Accordingly, the Motion for Partial Summary Judgment (ECF No.26) is **GRANTED**, and all claims against Defendants Escobar, Baker, Otts, and Morrow are **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies as to these Defendants.  Plaintiff's claim against Defendant Prevatt remains.

**IT IS SO ORDERED**, this 19th day of December, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge